CLARK WOODWORTH, Respondent, *v.* THOMAS C. HODGSON, et al., Appellants.

(Argued December 16, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict of the County Court of Monroe county and affirmed an order deny-ing a motion for a new trial.

*William F. Cogswell* for appellant.

*Edward Harris* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.